UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MONTGOMERY CAPITAL ADVISERS, LLC, | § § § |
| Plaintiff, | § § |
| v. | §   Case No. 3:16-cv-01224-M |
| | § |
| INNOVATE 360 OMS, INC. d/b/a ORDER MANAGEMENT SYSTEMS, INC. and TIMOTHY J. SOMMERS, | § § § § |
| Defendants. | § |

## FINAL DEFAULT JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Montgomery Capital Advisers, LLC has a final judgment against Defendants Innovate 360 OMS, Inc. d/b/a Order Management Systems ("OMS") and Timothy J. Sommers, jointly and severally, for the following: (i) the sum of $214,695.89 due and owing to Plaintiff; (ii) prejudgment interest on the principal amount of the Promissory Note executed by OMS in favor of Plaintiff for the period of April 1, 207 through May 31, 2017 at rate of 16% per year, compounded monthly; (iii) post-judgment interest at the rate of 1.15% on the total amount of the judgment from the date of judgment until paid; (iv) and attorneys' fees, in the amount of $84,295.30, expended in the connection with prosecuting this lawsuit, for all of which Plaintiff may have its execution.

SO ORDERED.

May 31, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE